IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | **COUNT ONE**: <br> *Distribution of Marihuana* <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) <br> NMT: 5 Years Imprisonment <br> NMT: $250,000 Fine <br> NLT: 2 Years Supervised Release <br> Class C Felony |
| v. | |
| JOVELL L. SWOPES <br> [DOB: 04/26/1978], | |
| Defendant. | **COUNT TWO:** <br> *Possession of a Firearm in Furtherance of Drug Trafficking* <br> 18 U.S.C. § 924(c)(1)(A) <br> NLT: 5 Years Imprisonment (consecutive) <br> NMT: Life Imprisonment (consecutive) <br> NMT: $250,000 Fine <br> NMT: 5 Years Supervised Release <br> Class A Felony |
| | **COUNT THREE:** <br> *Felon in Possession of a Firearm* <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> NMT: 10 Years Imprisonment <br> NMT: $250,000 Fine <br> NMT: 3 Years Supervised Release <br> $100 Mandatory Special Assessment <br> Class C Felony |
| | $100 Mandatory Special Assessment per count of felony conviction |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about July 31, 2019, within the Western District of Missouri, the defendant Jovell L. Swopes, did knowingly and intentionally distribute two (2) grams and more of a mixture or

substance containing a detectable amount of Marihuana, a Schedule I controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO

On or about July 31, 2019, in the Western District of Missouri, defendant, Jovelle L. Swopes, did knowingly possess a firearm, to wit: a Glock 27 .40 Caliber pistol, bearing Serial Number CHC916, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of Marihuana, a Schedule I controlled substance, as charged in Count One. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about July 31, 2019, in the Western District of Missouri, the defendant, Jovell L. Swopes, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock 27 .40 Caliber pistol, bearing Serial Number CHC916, and the firearm was in and affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/ Pamela Carter-Smith*
FOREPERSON OF THE GRAND JURY

Dated:       10/22/19
       Kansas City, Missouri

*/s/ Caleb J. Aponte*
Caleb J. Aponte
Special Assistant United States Attorney
Western District of Missouri