IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                              Criminal Action No.
                                    19-00343-01-CR-W-HFS

JOVELL L. SWOPES,

          Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:   Count One:   Distribution of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)
                                   Count Two:   Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. §924(c)(1)(A)
                                   Count Three: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Kenneth Borgnino & David Barnes
           Case Agent:    KCPD Detective Donald Stanze
      Defense:    F.A. White, Jr. (Blade Moore may provide support)

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**:   Defense counsel may file a motion dealing with Rule 404(b) propensity evidence

**TRIAL WITNESSES**:
        Government:   5-6 with stipulations; 10 without stipulations
        Defense:           2 witnesses; Defendant who may testify

**TRIAL EXHIBITS**:
        Government:   35 exhibits
        Defense:           0 exhibits

**DEFENSES**:
        ( x )   defense of general denial
        (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial                     ( ) Possibly for trial
    (  ) Motion to continue to be filed     ( ) Likely a plea will be worked out

**TRIAL TIME**:   **1 ½ days**
    Government's case including jury selection:    1 day
    Defense case:    ½ day

**STIPULATIONS**:
    ( x )    not likely
    (  )    not appropriate
    (  )    likely as to:
          (  )    chain of custody
          (  )    chemist's reports
          (  )    prior felony conviction
          (  )    interstate nexus of firearm
          (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: November 24, 2021
    Defense: November 24, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   November 24, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   November 24, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing December 6, 2021
    **Please note**:   *Government counsel has a conflict the morning of Friday, December 10, 2021, which would require a late start.   The Government requests a setting on the second week of the docket.*

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                          */s/ Jill A. Morris*
                                                          JILL A. MORRIS
                                                          United States Magistrate Judge