# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-00343-01-CR-W-RK |
| | ) |
| JOVELL L. SWOPES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are (1) Defendant's Pro Se Motion for Judgment of Acquittal and/or Motion for a New Trial (Doc. 105); (2) Defendant's Pro Se Filing (sealed) (Doc. 106); and (3) Defendant's Motion for Judgment of Acquittal or, in the Alternative, Motion for New Trial and Memorandum in Support (Doc. 107) filed by counsel.

Because Defendant has at all times been represented by counsel in this action, the Court will only consider motions prepared by Defendant's counsel. *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001) ("A district court has no obligation to entertain pro se motions filed by a represented party.")

Accordingly, having considered the motions, the record, and the applicable law, the Court **ORDERS** as follows:

(1) Defendant's Pro Se Motion for Judgment of Acquittal and/or Motion for a New Trial (Doc. 105) is **DENIED**;

(2) Any relief sought in Defendant's Pro Se Filing (sealed) (Doc. 106) is **DENIED**; and

(3) Defendant's Motion for Judgment of Acquittal or, in the Alternative, Motion for New Trial and Memorandum in Support (Doc. 107) filed by counsel is **DENIED** for the reasons stated in the Government's Response in Opposition (Doc. 112).

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 24, 2022